UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNRISE BRANDS LLC, <br><br> Defendant. | Case No. 2:24-cv-00370-SB-AS <br><br> ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

    Plaintiff filed its complaint against Defendant Sunrise Brands LLC on January 15, 2024.  On February 6, 2024, Plaintiff effectuated service on Defendant. *See* Dkt. No. 11.  Defendant failed to timely respond, and Plaintiff has not sought entry of default against Defendant.  Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than April 25, 2024, why its claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before April 25, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: April 15, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge