JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

STAR FABRICS INC.,

    Plaintiff,

v.

SUNRISE BRANDS LLC,

    Defendant.

Case No. 2:24-cv-00370-SB-AS

ORDER OF DISMISSAL

    On April 15, 2024, the Court issued an order to show cause (OSC) why the case should not be dismissed for lack of prosecution. Dkt. No. 13. On April 25, 2024, Plaintiff filed a response to the OSC notifying the Court that the parties had reached a settlement and requesting that the OSC be discharged or continued for 45 days. Dkt. No. 14.

    The Court takes the OSC under submission and dismisses the action in its entirety without prejudice. For 45 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 46th day, absent a timely motion to vacate and reopen. If the case is reopened, the parties should be prepared for an expedited trial schedule.

    If the parties object to the above course of action, the Court will hear the parties' objection on Friday, May 10, 2024 at 8:30 a.m. in Courtroom 1A. If neither party objects, the parties need not appear, and the OSC will be automatically discharged by operation of this order.

    The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 45 days as ordered above. *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit **at least***

***seven days before the deadline** a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: April 29, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge